IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JOHN DOE**                                                                                          **PLAINTIFF**

**V.**                                                     **CIVIL ACTION NO. 2:18-CV-153-KS-MTP**

**THE UNIVERSITY OF SOUTHERN**
**MISSISSIPPI,** *et al.*                                                                         **DEFENDANTS**

# ORDER

This cause is before the Court on the parties' Joint Motion to Maintain Restricted Status for Certain Documents Previously Filed Under Seal [33] filed on September 21, 2018. Having reviewed the motion, the record, and having weighed the interests of all involved, and otherwise being fully advised in the premises, the Court hereby finds that the Motion should be **granted in part**. The parties and Clerk are directed as follows:

1) The Clerk shall maintain under restricted status the following documents:

   a. Exhibits B, C, D, and E to Plaintiff's Emergency Motion for Temporary Restraining Order and Injunctive Relief [10];

   b. Exhibits A-N to Defendant's Response to Emergency Motion for Temporary Restraining Order and Injunctive Relief [21];

   c. Plaintiff's Witness List from the September 10, 2018 evidentiary hearing [23];

   d. Both Plaintiff's and Defendants' Exhibits Lists from the September 10, 2018 evidentiary hearing [25-26];

   e. Both Plaintiff's and Defendants' exhibits utilized at the September 10, 2018

1

      evidentiary hearing [27-28];

    f. The Court's Order on the Emergency Motion for Temporary Restraining Order and Injunctive Relief dated September 13, 2018 [29].

2) The Clerk shall redact the witness name from the Complaint [1] and the Amended Complaint [16] in Paragraph 61(i).

3) The Plaintiff shall file through CM/ECF a "Notice of Filing Redacted Exhibits" and attach as exhibits to the Notice redacted copies of Exhibits B, C, D, and E to Plaintiff's Emergency Motion for Temporary Restraining Order and Injunctive Relief and relate the Notice back to CM/ECF Doc. No. 10.

4) Defendants shall file through CM/ECF a "Notice of Filing Redacted Exhibits" and attach as exhibits to the Notice redacted copies of Exhibits A-N to Defendant's Response to Plaintiff's Emergency Motion for Temporary Restraining Order and Injunctive Relief and relate the Notice back to CM/ECF Doc. No. 21.

5) Both Plaintiff and Defendant shall send redacted copies of their respective hearing exhibits in pdf format to the Court's courtroom deputy via email for re-filing in the docket.

6) The Court will enter a redacted version of its September 13, 2018 Order on Plaintiff's Emergency Motion for Temporary Restraining Order and Injunctive Relief [29].

SO ORDERED AND ADJUDGED this 25th day of September, 2018.

                            /s/ Keith Starrett_____
                             KEITH STARRETT
                             UNITED STATES DISTRICT JUDGE