IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JOHN DOE**                                                       **PLAINTIFF**

V.                                           **CIVIL ACTION NO. 2:18-CV-153-KS-MTP**

**THE UNIVERSITY OF SOUTHERN MISSISSIPPI, ET AL.**       **DEFENDANTS**

<u>**NOTICE OF FILING OF REDACTED EXHIBITS**</u>

Pursuant to the Court's Order dated September 26, 2018 [Doc. 34], Defendants have redacted Exhibits A-N to their Response to Plaintiff's Emergency Motion for Temporary Restraining Order and Injunctive Relief [Doc. 21], and hereby file the redacted exhibits electronically through the Court's ECF system. Defendants shall further send copies of their redacted hearing exhibits to the Court via separate email.

THIS, the 4th day of October, 2018.

                                                           Respectfully submitted,

                                                           **THE UNIVERSITY OF SOUTHERN MISSISSIPPI; STATE INSTITUTIONS OF HIGHER LEARNING; STATE OF MISSISSIPPI; RODNEY D. BENNETT,** IN HIS OFFICIAL CAPACITY; **REBECCA MALLEY,** IN HER OFFICIAL CAPACITY

                                                           *s/ J. Andrew Mauldin*
                                                           J.CAL MAYO, JR. (MB NO. 8492)
                                                           J. ANDREW MAULDIN (MB NO. 104227)
                                                           *ATTORNEYS FOR DEFENDANT*

OF COUNSEL:
MAYO MALLETTE PLLC
5 University Office Park
2094 Old Taylor Road
Post Office Box 1456
Oxford, Mississippi 38655
Tel: (662) 236-0055
Fax: (662) 236-0035
cmayo@mayomallette.com
dmauldin@mayomallette.com

## CERTIFICATE OF SERVICE

I, J. Andrew Mauldin, one of the attorneys for Defendants The University of Southern Mississippi, State Institutions of Higher Learning, State of Mississippi, Rodney D. Bennett, in his official capacity, and Rebecca Malley, in her official capacity, do certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all attorneys of record.

THIS, the 4th day of October, 2018.

                                              *s/ J. Andrew Mauldin*
                                              J. ANDREW MAULDIN