IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JOHN DOE**                                                                                                         **PLAINTIFF**

**V.**                                                            **CIVIL ACTION NO. 2:18-CV-153-KS-MTP**

**THE UNIVERSITY OF SOUTHERN MISSISSIPPI, ET AL.**                    **DEFENDANTS**

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff John Doe ("Plaintiff") and Defendants Board of Trustees of State Institutions of Higher Learning ("IHL Board") and the State of Mississippi (the "State") jointly submit this Stipulation of Dismissal Without Prejudice as to Defendants IHL Board and the State. Plaintiff, IHL Board, and the State stipulate that dismissal as to IHL Board and the State is appropriate pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

SO STIPULATED, this the 13th day of November, 2018.

BY:  /s/ J. Andrew Mauldin
J. CAL MAYO, JR. (MB No. 8492)
J. ANDREW MAULDIN (MB No. 104227)
*Attorneys for Defendants Board of Trustees of State Institutions of Higher Learning, the State of Mississippi, the University of Southern Mississippi, Rodney D. Bennett in his official capacity, and Rebecca Malley in her official capacity.*

BY:  /s/ Daniel M. Waide
DANIEL M. WAIDE (MB NO. 103543)
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I, J. Andrew Mauldin, attorney for Defendants, do certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all attorneys of record.

    THIS, the 13th of November, 2018.

                                                                           */s/ J. Andrew Mauldin*
                                                                           J. ANDREW MAULDIN