IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JOHN DOE**                                                                                           **PLAINTIFF**

**V.**                                                            **CIVIL ACTION NO. 2:18-CV-153-KS-MTP**

**THE UNIVERSITY OF SOUTHERN**
**MISSISSIPPI,** *et al.*                                                                            **DEFENDANTS**

## ORDER OF DISMISSAL

This cause is before the Court on the parties' Joint Stipulation of Dismissal Without Prejudice filed on November 13, 2018 [45]. Having reviewed the stipulation, and otherwise being fully advised in the premises, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Court hereby dismisses this action without prejudice only as to the Defendants Board of Trustees of State Institutions of Higher Learning ("IHL Board") and the State of Mississippi.

SO ORDERED AND ADJUDGED this 15th day of November 2018.

/s/ Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE

1