IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHN DOE                                                                                                    PLAINTIFF

V.                                                              CIVIL ACTION NO. 2:18-CV-153-KS-MTP

THE UNIVERSITY OF SOUTHERN MISSISSIPPI, ET AL.                     DEFENDANTS

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

This matter is before the Court on the joint *ore tenus* motion of the parties for dismissal with prejudice of Plaintiff's Complaint. The Court finds the motion is well taken and should be granted.

**THEREFORE, IT IS ORDERED** that Plaintiff's Complaint against The University of Southern Mississippi; Rodney D. Bennett, in his official capacity; Rebecca Malley, in her official capacity, Board of Trustees of State Institutions of Higher Learning ("IHL Board), and the State of Mississippi is dismissed with prejudice with the parties to bear their own attorney fees, expenses and costs.

**SO ORDERED AND ADJUDGED,** this the 3rd day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM:

/s Daniel M. Waide
Daniel M. Waide (MSB # 103543)
*Attorney for Plaintiff*

/s J. Andrew Mauldin
J. Cal Mayo, Jr. (MSB # 8492)
J. Andrew Mauldin (MSB # 104227)
*Attorneys for Defendants*